## SCOTT v. STATE.
### No. 25761.

Court of Criminal Appeals of Texas.
March 19, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Upon a plea of guilty, appellant was convicted of operating a motor vehicle on a public highway while under the influence of intoxicating liquor and was assessed a fine of $100.